CHARLES PLESS, Respondent, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Negligence — master and servant — railroads — Federal Employers' Liability Act — Safety Appliance Act — failure to equip cars with automatic couplers — recovery by employee for injury received while adjusting coupling.*

Pless v. N. Y. Central R. R. Co., 189 App. Div. 261, affirmed.

(Submitted June 9, 1921; decided November 22, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 17, 1919, affirming a judgment in favor of plaintiff entered upon a verdict in an action under the Federal Employers' Liability Act to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a yard conductor in defendant's employ, received the injuries complained of while adjusting a coupling on a train in the East Buffalo yard. The complaint alleged that the engine was caused to be moved suddenly and without warning so that plaintiff's hand was caught between the couplers of the engine and car adjacent thereto. It was also alleged that the car and engine were not equipped with automatic couplers and were being operated in violation of the Safety Appliance Act.

*Raymond C. Vaughan* for appellant.

*Dana L. Spring* and *Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, CRANE and ANDREWS, JJ. Not voting: McLAUGHLIN, J. Deceased: CHASE, J.